UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS RAMIREZ,<br><br>　　　　　Plaintiff,<br>v.<br><br>R. JAMES NICHOLSON in his official capacity as SECRETARY OF VETERANS AFFAIRS,<br><br>　　　　　Defendant. | Civil No. 06cv0546-JM (NLS)<br><br>**ORDER GRANTING PLAINTIFF'S *EX PARTE* APPLICATION FOR ISSUANCE OF A NEW SCHEDULING ORDER;**<br><br>[Doc. No. 10]<br><br>**FIRST AMENDED SCHEDULING ORDER** |

　　　Before the Court is Plaintiff Carlos Ramirez's *Ex Parte* Application for Issuance of a New Scheduling Order Extending Discovery Period and Other Pre-Trial Deadlines [Doc. No. 10]. Plaintiff seeks an order extending the discovery cutoff date and other pre-trial deadlines as appropriate for approximately three months due to the number of out-of-state witness depositions that will need to be scheduled and completed in this case. Defense counsel does not oppose Plaintiff's request. Good cause appearing,

**IT IS HEREBY ORDERED THAT**:

　　　1.　　All discovery, including experts, shall be completed by all parties on or before ***July 20, 2007***. "Completed" means that all discovery under Rules 30-36 of the Federal Rules of Civil Procedure, and discovery subpoenas under Rule 45, must be initiated a sufficient period of time in advance of the cut-off date, *so that it may be completed* by the cut-off date, taking into account the times for service, notice and response as set forth in the Federal Rules of Civil Procedure. Counsel shall

promptly and in good faith meet and confer with regard to all discovery disputes in compliance with Local Rule 26.1(a). All discovery motions shall be filed within 30 days after counsel have met and conferred and reached an impasse with regard to any particular discovery issue, but in no event shall discovery motions be filed more than 30 days after the close of discovery.

2. All other pretrial motions must be filed on or before ***August 20, 2007***. Please be advised that counsel for the moving party must obtain a motion hearing date from the law clerk of the judge who will hear the motion. Be further advised that the period of time between the date you request a motion date and the hearing date may vary from one district judge to another. Please plan accordingly. Failure to make a timely request for a motion date may result in the motion not being heard.

3. A Mandatory Settlement Conference shall be conducted on ***October 24, 2007*** at ***9:30 a.m.*** in the chambers of Magistrate Judge Nita L. Stormes. Counsel or any party representing himself or herself shall submit confidential settlement briefs directly to chambers no later than ***October 19, 2007***.

4. The requirement that counsel file Memoranda of Contentions of Fact and Law is ***WAIVED***.

5. Counsel shall comply with the pre-trial disclosure requirements of Federal Rule of Civil Procedure 26(a)(3) on or before ***November 7, 2007***. Failure to comply with these disclosure requirements could result in evidence preclusion or other sanctions under Federal Rule of Civil Procedure 37.

6. Counsel shall meet and take the action required by Local Rule 16.1(f)(4) on or before ***November 14, 2007***. At this meeting, counsel shall discuss and attempt to enter into stipulations and agreements resulting in simplification of the triable issues. Counsel shall exchange copies and/or display all exhibits other than those to be used for impeachment. The exhibits shall be prepared in accordance with Local Rule 16.1(f)(4)(c). Counsel shall note any objections they have to any other parties' Pretrial Disclosures under Federal Rule of Civil Procedure 26(a)(3). Counsel shall cooperate in the preparation of the proposed pretrial conference order.

7. The Proposed Final Pretrial Conference Order, including objections to any other parties' Federal Rule 26(a)(3) Pretrial Disclosures shall be prepared, served and lodged with the Clerk of the Court on or before ***November 21, 2007***, and shall be in the form prescribed in and in compliance with

1  Local Rule 16.1(f)(6).

2       8.      The final Pretrial Conference is scheduled on the calendar of Judge Miller on

3  ***November 30, 2007*** at ***11:00 a.m.***.  The trial is scheduled to commence ***January 7, 2008*** at ***10:00 a.m.***

4       9.      All other terms and conditions of the Court's October 23, 2006 Scheduling Order [Doc.

5  No. 9] remain in full force and effect.

6       **IT IS SO ORDERED**.

7  DATED: October 27, 2006

8  _____
   Hon. Nita L. Stormes
9  U.S. Magistrate Judge