# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS RAMIREZ,<br><br>    Plaintiff,<br><br>  v.<br><br>R. JAMES NICHOLSON in his official capacity as SECRETARY OF VETERANS AFFAIRS,<br><br>    Defendant. | No. 06cv0546-JM (NLS)<br><br>ORDER GRANTING EX PARTE REQUEST BY DEFENDANT SECRETARY NICHOLSON FOR ADDITIONAL TIME TO FILE REPLY BRIEF IN FURTHER SUPPORT OF MOTION FOR SUMMARY JUDGMENT [Docket 32]<br><br>DATE:<br>TIME:<br>CTRM:    16<br><br>Hon. Jeffrey T. Miller |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED:

The deadline for Defendant Secretary of the U.S. Department of Veterans Affairs to file a reply brief shall be continued to September 28, 2007, and hearing on Defendant's motion is set for ***November 16, 2007, at 1:30 p.m.***

IT IS SO ORDERED.

DATED: September 27, 2007

                                                  Hon. Jeffrey T. Miller<br>                                                United States District Judge

cc: Magistrate Judge Stormes
    All parties