# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS RAMIREZ,<br><br>    Plaintiff,<br><br>    v.<br><br>R. JAMES NICHOLSON in his official capacity as SECRETARY OF VETERANS AFFAIRS,<br><br>    Defendant. | No. 06cv0546-JM (NLS)<br><br>ORDER GRANTING PLAINTIFF'S EX PARTE REQUEST FOR LEAVE TO FILE A SUPPLEMENTAL BRIEF IN CONNECTION WITH DEFENDANT'S MOTION FOR SUMMARY JUDGMENT<br>[Docket No.6]<br><br>DATE:   November 16, 2007<br>TIME:   1:30 p.m.<br>CTRM:  16 |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED:

Plaintiff Carols Ramires is granted leave to file a *supplemental Brief on Motion for Summary Judgment*.

IT IS SO ORDERED.

DATED: October 19, 2007

_____
Hon. Jeffrey T. Miller
United States District Judge