UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS RAMIREZ, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> JAMES B. PEAKE, M.D., in his official ) <br> capacity as SECRETARY OF ) <br> VETERANS AFFAIRS ) <br> ) <br> Defendant. ) <br> _____) | Case No. 06cv0546-JM (NLS) <br><br><br> **JUDGMENT** <br><br><br><br> Hon. Jeffrey T. Miller |

This matter was assigned to Courtroom 16 for trial on April 14, 2008, at 9:00 a.m., before the Honorable Jeffrey T. Miller. Paul D. Jackson and Raul Cadena appeared as counsel for Plaintiff, Carlos Ramirez. Assistant U.S. Attorneys Cindy Cipriani and Beth Clukey appeared as counsel for Defendant, James B. Peake, M.D., Secretary of the Department of Veterans Affairs.

On April 14, 2008, a jury of eight persons was impaneled and sworn to try Plaintiff's claim of national origin and/or race discrimination pursuant to Title VII of the Civil Rights Act, as amended ("Title VII"), 42 U.S.C. §§ 2000e-2000e-16. Plaintiff's age discrimination claim under the Age Discrimination in Employment Act ("ADEA"), 29 U.S.C. § 621 et seq. came to

///

///

1  trial to be heard by the Court. Witnesses were sworn and examined and Plaintiff and Defendant
2  entered exhibits into evidence. Following the Court's instructions to the jury and the arguments
3  of Mr. Jackson and Ms. Clukey, the jury retired to consider its verdict.
4        The jury subsequently returned into court and being called, duly rendered their unanimous
5  special verdict in writing on April 22, 2008, as follows:
6        <u>Question No. 1</u>:   Has the plaintiff proved by a preponderance of the evidence, that the
7  plaintiff's race and/or national origin was the sole reason for the defendant's decision to demote
8  plaintiff.
9  If the answer to Question No. 1 is "yes," proceed to Question No. 5. If the answer to Question
10 No. 1 is "no," proceed to Question No. 2.
11       Yes_____   No___x___
12       <u>Question No. 2</u>:   Has the plaintiff proved by a preponderance of the evidence that the
13 plaintiffs [sic] race and/or national origin was a motivating factor for the defendant's decision
14 to demote plaintiff?
15       Yes_____   No___x___
16 If the answer to Question No. 2 is "no," do not answer any further questions. If the answer to
17 Question No. 2 is "yes", proceed to Question No. 3.
18       <u>Question No. 3</u>:   Has the defendant proved by a preponderance of the evidence that
19 the defendant's decision to demote plaintiff was also motivated by a lawful reason?
20       Yes_____   No_____
21 If the answer to Question No. 3 is "no," proceed to Question No. 5. If the answer to Question
22 No. 3 is "yes", proceed to Question No. 4.
23       <u>Question No. 4</u>:   Has the defendant proved, by a preponderance of the evidence, that
24 the defendant would have made the same decision to demote plaintiff even if the plaintiff's race
25 and/or national origin had played no role in the defendant's decision to demote plaintiff?
26       Yes_____   No_____
27 ///
28 ///

If the answer to Question No. 4 is "yes," do not answer any further questions on damages related to the plaintiff's claim of disparate treatment. If the answer to Question No. 4 is "no", proceed to Question No. 5.

<u>Question No. 5</u>:   What amount of general damages do you find will fairly compensate plaintiff?

$ _____

DATED: <u>04-22-2008</u>                                              /s/ J. Mallory
                                                                                  Presiding Juror

In addition, throughout the trial and outside the presence of the jury, the Court heard evidence and arguments relating to Plaintiff's ADEA claim. At the conclusion of the bench trial, on April 28, 2008, at 3:30 p.m., in proceedings held before the Honorable Jeffrey T. Miller, the Judge read his findings of facts and conclusions of law into the record, finding in favor of Defendant.

Based upon the verdict of the jury trial and the decision of the Court:

IT IS ORDERED AND DECREED as follows:

The jury finds in favor of Defendant Peake on all causes of action brought by Plaintiff under Title VII of the Civil Rights Act, as amended, 42 U.S.C. §§ 2000e-2000e-16, and the Court finds in favor of Defendant Peake on all causes of action brought by Plaintiff under the Age Discrimination in Employment Act, 29 U.S.C. § 621 <u>et seq.</u>

DATED:  May 9, 2008

_____
Hon. Jeffrey T. Miller
United States District Judge