# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Carlos Ramirez,<br><br>　　　　　　　Plaintiff,<br><br>　vs.<br><br>Department of Veteran Affairs,<br><br>　　　　　　　Defendants. | CASE NO. 06CV0546-JM(NLS)<br><br>**ORDER TAXING COSTS** |

　　　Upon application of defendant James B. Peake, Secretary of Department of Veteran Affairs, a hearing for taxation of costs was scheduled for Tuesday, June 3, 2008. No opposition was filed by plaintiff to the Bill of Costs. The hearing date of June 3, 2008 was vacated and the Bill of Costs was decided on the papers filed.

　　　The request of $120.00 for the DVD video copies of the deposition of Linda Klamm is denied. The requested amount of $330.30 for the one certified copy of transcript is granted. The request of $180.00 for the DVD video copies of the deposition of Mark Daniels is deneid. The requested amount of $554.90 for the one certified copy of the transcript is granted. The request of $40.00 for "Litigation Support Pack"on the invoices for Elizabeth Townsend, Katherine Lopez, Barbara Daniels and Cheryl Deegan are denied, total deduction of $160.00.

//

//

Costs are taxed as follows:

| Description | Amount(s) Requested | Amount(s) Taxed |
|---|---|---|
| Fees of the clerk | | |
| Fees for service of summons and subpoenas | $333.05 | $333.05 |
| Fees of the court reporter | | |
| Fees and disbursements for printing | $467.00 | $467.00 |
| Fees for witnesses | | |
| Fees for exemplification and copies | | |
| Docket fees under 28 U.S.C. § 1923 | | |
| Costs incident to taking of depositions | | |
| Costs as shown on mandate of Court of Appeals | | |
| Other costs as itemized: Deposition and Transcript costs | $4,338.65 | $3,878.65 |
| **TOTAL COSTS TAXED** in favor of defendant James B. Peake, Secretary of Department of Veteran Affairs | $5,138.70 | $4,678.70 |

Counsels' attention is called to Local Rule 54.1.h which provides in part that a motion to re-tax by any party, in accordance with Rule 54(d), F.R.Civ.P. and Local Rule 7.1, shall be served and filed within five (5) days after receipt of the Order Taxing Costs.

Dated: June 6, 2008

W. Samuel Hamrick, Jr., Clerk of Court

*S/ N. Prewitt*
Nancy S. Prewitt,  CRD Supervisor

cc:     All Parties